IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN A. JONES and<br>CARLETON A. JONES, III, | )<br>)<br>) | NO. 3:06-1115<br>JUDGE HAYNES |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | |
| BDO SEIDMAN, LLP and<br>GRAMERCY ADVISORS, LLC, | )<br>)<br>) | |
| Defendants. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, the Plaintiff's motion to alter or amend (Docket Entry No. 117) is **GRANTED** in part and **DENIED** in part. The Plaintiffs' motion is **GRANTED** in that this action is **ADMINISTRATIVELY CLOSED** as to Plaintiffs' claims against the Defendant BDO Seidman, LLP, but may be reopened upon motion of either party upon the conclusion of the arbitration proceeding. The Defendant Gramercy Advisors, LLC's amended motion to dismiss (Docket Entry No. 86) is **GRANTED** for this Court's lack of jurisdiction over that Defendant.

It is so **ORDERED**.

**ENTERED** this the ___ day of January, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge